MICHAEL W. MELENDEZ (No. 125895)
MELENDEZ & ASSOCIATES
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA  94597
Telephone: (925) 934-8000
Facsimile: (925) 934-6700

Attorneys for Plaintiff
MT. HAWLEY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MT. HAWLEY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTTSDALE INDEMNITY COMPANY,<br><br>　　　　　Defendant. | No. 2:11-CV-02727-MCE-KJN<br><br>STIPULATION AND ORDER OF <u>DISMISSAL WITH PREJUDICE</u> |

　　　　IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a), by and between plaintiff Mt. Hawley Insurance Company and defendant Scottsdale Indemnity Company, as follows:

　　　1.　This action was commenced on October 14, 2011;

　　　2.　This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the Court for dismissal;

　　　3.　The dispute between Mt. Hawley and Scottsdale has been settled;

　　　4.　This action be dismissed with prejudice, each side to bear its own fees and costs.

///

　　　IT IS SO STIPULATED.

- 1 -

| | | |
|---|---|---|
|1| Dated: | SELMAN BREITMAN |
|2| | /s/ |
|3| | By: _____ |
| | | Mark Inbody |
|4| | Attorneys for SCOTTSDALE INDEMNITY COMPANY |
|5| | |
|6| Dated: | MELENDEZ & ASSOCIATES |
|7| | /s/ |
|8| | By: _____ |
| | | Michael W. Melendez |
|9| | Attorneys for Plaintiff MT. HAWLEY INSURANCE COMPANY |

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action be DISMISSED WITH PREJUDICE, each side to bear its own fees and costs. The clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: July 02, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT